IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYNYGY, INC. | : | CIVIL ACTION |
| | : | No. 07-3536 |
| v. | : | |
| | : | Consolidated with |
| ZS ASSOCIATES, INC., et al. | : | Civ. A. No. 10-4274 |

## **ORDER**

AND NOW this 30th day of July, 2015, upon consideration of the motion of ZS Associates, Inc., ZS Associates International, Inc. and Novo Nordisk Inc. (collectively, defendants) for conditional leave to substitute their damages expert (Dkt. No. 203), Synygy Inc.'s opposition (Dkt. No. 205) and defendants' reply (Dkt. No. 206) and, consistent with the accompanying memorandum of law, it is ORDERED that the motion is GRANTED. Defendants are granted leave to serve a new expert report which is limited to the subject matter and theories espoused in Mr. Gering's two expert reports by no later than August 28, 2015. After service of the substitute expert report, Synygy may depose the substitute expert by no later than September 18, 2015.

It is FURTHER ORDERED that:

1. The parties shall file a joint proposed final pretrial order in accordance with the requirements set forth in Local Rule 16.1(d)(2) on or before October 9, 2015.

2. Motions in limine or other matters requiring the Court's attention, if any, shall be filed no later than September 29, 2015. Responses to any such motions shall be filed on or before October 9, 2015;

3. Proposed points for charge and verdict sheets should be filed on or before October 9, 2015; and

4. A pretrial conference will be held on October 19, 2015 at 10:00 a.m. in

Courtroom 4A of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.  This case will be scheduled for trial at the conference.

If the parties believe a settlement conference would be productive they should contact my chambers (215-597-2750) promptly.

      *s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.